UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BONNIE BUTLER,**

      Plaintiff,

v                                                                    Case No. 06-13424-DT
                                                                    Hon. Bernard A. Friedman

**COMMISSIONER OF SOCIAL SECURITY**,

      Defendant.
_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated June 21, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated June 21, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

  July 27, 2007                                s/ Bernard A. Friedman
   Detroit, Michigan                         BERNARD A. FRIEDMAN
                                                         CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

    **s/Patricia Hommel**
    **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**